IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROY CHAPMAN AND JOI CHAPMAN                                    PLAINTIFFS

VS.                                       CIVIL ACTION NO. 5:10cv9-DCB-JMR

ALLSTATE INSURANCE COMPANY AND
WILBUR JORDAN                                                   DEFENDANTS

**FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

This cause came before the Court at the joint request of the Plaintiffs, Roy Chapman and Joi Chapman, and the Defendants, Allstate Insurance Company and Wilbur Jordan, for a judgment dismissing any and all of the Plaintiffs' claims whatsoever against the Defendants, Allstate Insurance Company and Wilbur Jordan.  The Court has been informed that any and all of the claims of Roy Chapman and Joi Chapman against the Defendants, Allstate Insurance Company and Wilbur Jordan, have been fully compromised and settled by the payment to the Plaintiffs, Roy Chapman and Joi Chapman, of a sum of money satisfactory to them, and that there remain no issues whatsoever to be litigated as to the claims of Roy Chapman and Joi Chapman against the Defendants, Allstate Insurance Company and Wilbur Jordan.

All parties have consented to the entry of this Judgment and, as evidenced by the signatures below of the parties' respective counsel of record, agree that any and all of the claims of the Plaintiffs, Roy Chapman and Joi Chapman, against the Defendants, Allstate Insurance Company and Wilbur Jordan, should be dismissed with prejudice. Therefore, the Court finds that any and all of the claims of the Plaintiffs, Roy Chapman and Joi Chapman, against the Defendants, Allstate Insurance Company and Wilbur Jordan, should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that any and all of the claims of the Plaintiffs, Roy Chapman and Joi Chapman, against the Defendants, Allstate Insurance Company and Wilbur Jordan, should be and are hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the <u>12th</u> day of <u>April</u>, 2010.

<u>s/David Bramlette</u>
U. S. DISTRICT COURT JUDGE

AGREED AND CONSENTED TO:


<u>s/John W. Nisbett</u>
JOHN W. NISBETT, ESQUIRE (MSB #103120)
ATTORNEY FOR PLAINTIFFS, ROY AND JOI CHAPMAN


<u>s/William C. Griffin</u>
WILLIAM C. GRIFFIN, ESQ. (MSB #5021)
ATTORNEY FOR ALLSTATE INSURANCE COMPANY
AND WILBUR JORDAN